| Attorney or Party Name, Address, Telephone & FAX Numbers, State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Eric Bensamochan, Esq.<br>THE BENSAMOCHAN LAW FIRM, INC.<br>2566 Overland Ave., Suite 650<br>Los Angeles, CA 90064<br>Email: eric@eblawfirm.us<br>Phone: (818) 574-5740 Fax: (818) 961-0138<br>California State Bar Number: 255482 CA<br><br>☐ *Individual appearing without attorney*<br>☒ Attorney for: Debtor-in-Possession | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - WOODLAND HILLS DIVISION**

| | |
|---|---|
| In re:<br><br>Andrew Krayndler<br><br>Debtor(s). | CASE NO.: 1:25-bk-11871-MB<br><br>CHAPTER: 11 |
| | **NOTICE OF SALE OF ESTATE PROPERTY** |

| | |
|---|---|
| **Sale Date:** May 12, 2026 | **Time:** 1:30 PM |
| **Location:** 21041 Burbank Blvd. Courtroom 303, Woodland Hills, CA 91367 | |

**Type of Sale:** ☒ Public ☐ Private **Last date to file objections** **April 28, 2026**

**Description of property to be sold:**

The estate's interest in the real property commonly known as 6103 Tyrone Avenue, Van Nuys, California 91401. APN: 2240-009-006 (the "Property")

**Terms and conditions of sale:**

The Property will be sold pursuant to 11 U.S.C. §§ 363(b) and (f) to Dmitriy Legov, or to the highest and best overbidder, for $1,025,000.00, subject to higher and better offers. The sale is on an "as is, where is" basis, with all faults, free and clear of all liens, claims, and interests. The sale is subject to Bankruptcy Court approval and overbid procedures.

**Proposed sale price:** $1,025,000.00

**Overbid procedure *(if any)*:**
See Exhibit "1"

**If property is to be sold free and clear of liens or other interests, list date, time and location of hearing:**
The Property is to be sold free and clear of all liens, claims, and interests. The hearing on the Motion to approve the sale is scheduled for April 28, 2026 at 1:30 PM at the United States Bankruptcy Court, Central District of California, 21041 Burbank Blvd. Courtroom 303, Woodland Hills, CA 91367.

**Contact person for potential bidders (include name, address, telephone, fax and/or email address):**
Eric Bensamochan, Esq.
THE BENSAMOCHAN LAW FIRM, INC
2566 Overland Ave., Suite 650
Los Angeles, CA 90064
Email: eric@eblawfirm.us
Phone: (818) 574-5740

**Date:** April 9, 2026

# EXHIBIT "1"

The Bensamochan Law Firm, Inc.
2566 Overland Ave, Ste 650
Los Angeles, CA 90064

# PROPOSED OVERBID PROCEDURES

## A. Overbid Procedures

The Debtor proposes the following procedure to allow for overbids prior to the Court's approval of the sale of the Property to ensure that the Property is sold for the best possible price:

1. Qualifying bidders ("Qualifying Bidder") shall:

   a. Bid at least $1,025,000.00 in cash for the Property;

   b. Set forth in writing the terms and conditions of the offer that are at least as favorable to the Debtor as those set forth in the Purchase Agreement attached as **Exhibit "C"**.

   c. Be financially qualified, in the Debtor's exercise of his sound business judgment, to close the sale as set forth in the Purchase Agreement;

   d. Submit an offer that does not contain any contingencies to closing the sale, including, but not limited to, financing, inspection, or repair contingencies;

   e. Submit a cash deposit in the amount of $5,000.00 ("Overbid Deposit") payable to Eric Bensamochan for the Bankruptcy Estate of Andrew Krayndler, in the form of a cashier's check, which Overbid Deposit shall be non-refundable if the bid is deemed to be the Successful Bid, as defined in paragraph 4 below. The Overbid Deposit, written offer, and evidence of financial qualification must be delivered to the Debtor's Counsel (at the address shown in the upper left-hand corner of the first page of this Motion) by no later than 4:00 p.m., Pacific Daylight Time, two business days before the hearing on this Motion ("Overbid Deadline"). In his absolute and sole discretion, the Debtor shall have the right to accept additional overbids submitted prior to the hearing but after the Overbid Deadline.

2. At the hearing on the Motion, only the Buyer and any party who is deemed a Qualifying Bidder shall be entitled to bid.

3. Any incremental bid in the bidding process shall be at least $1,000.00 higher than the prior bid.

4. At the hearing on the Motion and upon conclusion of the bidding process, the Debtor shall decide, subject to Court approval, which of the bids is the best bid, and such bid shall be deemed to be the "Successful Bid." The bidder who is accepted by the Debtor as the successful bidder ("Successful Bidder") must pay all amounts reflected in the Successful Bid in cash at the closing of the sale. At the hearing on the Motion, and upon conclusion of the bidding process, the Debtor may also acknowledge a back-up bidder ("Back-Up Bidder") which shall be the bidder with the next best bid. Should the Successful Bidder fail to close escrow on the sale of the Property, the Debtor may sell the Property to the Back-Up Bidder without further Court order.

5. Overbids shall be all cash and no credit shall be given to the purchaser or overbidder(s).

6. Upon the conclusion of the auction, any Overbid Deposits, other than the deposits submitted by the Successful Bidder and the Back-Up Bidder, will be promptly returned. The deposit of the Back-Up Bidder will be returned promptly following the close of escrow for the sale of the Property to the Successful Bidder.

The Bensamochan Law Firm, Inc.
2566 Overland Ave, Ste 650
Los Angeles, CA 90064

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
2566 Overland Ave., Suite 650
Los Angeles, CA 90064

A true and correct copy of the foregoing document entitled: NOTICE OF SALE OF ESTATE PROPERTY will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 04/09/2026 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**United States Trustee (SV): ustpregion16.wh.ecf@usdoj.gov**
**Russell Clementson: russell.clementson@usdoj.gov**
**Amitkumar Sharma: amit.sharma@aisinfo.com**
**Asaph Abrams: ecfcacb@aldridgepite.com**
**Jennifer C Wong: bknotice@mccarthyholthus.com**
**Yevgeniya Lisitsa: gina@lisitsalaw.com**
**Eric Bensamochan: eric@eblawfirm.us**
**Nichole Glowin: bankruptcy@zbslaw.com**
**Kristin A. Zilberstein bankruptcy@zbslaw.com** **Randall**
**P Mroczynski randym@cookseylaw.com**
**Donald W Reid: don@donreidlaw.com**

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 04/09/2026 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Hon. Martin R, Barash**
**United States Bankruptcy Court**
**Central District of California**
**21041 Burbank Boulevard, Suite 342 / Courtroom 303**
**Woodland Hills, CA 91367**

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 9, 2026 | Paulina Lara | /s/Paulina Lara |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

*This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.*

Label Matrix for local noticing
0973-1
Case 1:25-bk-11871-MB
Central District of California
San Fernando Valley
Thu Apr 9 16:38:22 PDT 2026

Ally Financial, c/o AIS Portfolio Services, L
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

BMW Bank of North America, c/o AIS Portfolio
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

BMW Financial Services NA, LLC
c/o McCarthy & Holthus, LLP
2763 Camino Del Rio South, Suite 100
San Diego, CA 92108-3708

Lanbor Investments, LLC + Angela Hitterer
ZBS Law, LLP
30 Corporate Park, Suite 450
Irvine, CA 92606-3401

TD Bank, N.A. successor in interest to TD Au
c/o Randall P. Mroczynski
Cooksey, Toolen, Gage, Duffy & Woog
535 Anton Boulevard, Suite 1000
Costa Mesa, CA 92626-7664

San Fernando Valley Division
21041 Burbank Blvd,
Woodland Hills, CA 91367-6606

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Amex
Correspondence/Bankruptcy
Po Box 981535
El Paso, TX 79998-1535

Andrew Fox MD Inc
4849 Van Nuys Blvd Ste 203
Sherman Oaks, CA 91403-2122

Better Night
PO Box 71248
Charlotte, NC 282721248

California TD Specialist
8190 East Kaiser Blvd.
Anaheim, CA 92808-2215

Capital One
AttN: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Capital One N.A.
by AIS InfoSource LP as agent
PO Box 71083
Charlotte, NC 28272-1083

Cedars-Sinai
File 1108
1801 West Olympic Blvd
Pasadena, CA 91199-0001

Daniel Rosen MD
Attn: #25950W
PO Box 14000
Belfast, ME 04915-4033

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

Employment Development Department
Bankruptcy Group MIC 92E, PO BOX 826880
Sacramento, CA 95814

FCI Lender Services, Inc.
P.O. Box 27370
Anaheim, CA 92809-0112

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

Healthcare Debt Recovery
Services
Deam Anesthesia APMC
13615 El Toro Rd Ste X373
Lake Forest, CA 92630

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA, PA 19101-7346

Integrated Derm of Westlake
Village
PO Box 947392
Atlanta, GA 30394-7392

LA DWP
PO Box 30808
Los Angeles, CA 90030-0808

LNA Builders, Inc.
6103 Tyrone Ave.
Van Nuys, CA 91401-3425

Los Angeles County Treasure
and Tax Collecctor
PO Box 54110
Los Angeles, CA 90054-0110

MCLP Asset Company, Inc.
c/o NewRez LLC d/b/a Shellpoint Mortgage
P.O. Box 10826
Greenville, SC 29603-0826

Mazdisnianm, CRNA,Clare
Clare Mazdisnian Anes PCN
PO Box 7001
Tippecanoe, IN 46570

Newrez
Attn: Bankruptcy
P.O. Box 10826
Greenville, SC 29603-0826

Nouriel Niamehr D.O.
4849 Van Nuys Blvd Ste 203
Sherman Oaks, CA 91403-2122

Oleg Atroshenko
112 N Hamilton Dr, Apt 207
Beverly Hills, CA 90211-2280

Prohealth Adv Imaging Medical Group
PO box 7328
Orange, CA 92863-7328

TD Bank, N.A.
P.O. Box 16041
Lewiston, ME 04243-9523

Total Spine Institute
4849 Van Nuys Blvd Ste 203
Sherman Oaks, CA 91403-2122

UCLA Medical Group
PO Box 748156
Los Angeles, CA 90074-8156

US Securities & Exchange Commission
444 S Flower St., # 900
Los Angeles, CA 90071-2934

United States Trustee
Woodland Hills Division
915 Wilshire Blvd., # 1850
Los Angeles, CA 90017-3560

United States Trustee (SV)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

Andrew Krayndler
4621 Conchita Way
Tarzana, CA 91356-4905

Eric Bensamochan
The Bensamochan Law Firm, Inc.
2566 Overland Ave, Ste 650
Los Angeles, CA 90064-3371

Oleg Atroshenko
c/o Real Property Trustee, Inc.
PO Box 17064
Beverly Hills, CA 90209-3064

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Discover Financial
Attn: Bankruptcy
Po Box 30943
Salt Lake City, UT 84130

(d)Internal Revenue Services
300 N Los Angeles St
M/S 5022
Los Angeles, cA 90012

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Alexander Trevino

(u)Courtesy NEF

(u)Enrique Campos from Century 21 Masters

(u)INTERESTED PARTY

(u)NewRez LLC as servicer for MCLP Asset Comp

(u)The Bensamochan Law Firm Inc.

(d)BMW Bank of North America c/o AIS Portfoli
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

End of Label Matrix
Mailable recipients 40
Bypassed recipients 7
Total 47